**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

EDDIE TROY                                                                    Plaintiff

v.                                    4:06CV00622 JFF

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration,[1]                                                   Defendant

**ORDER**

Defendant has filed a motion to remand this case pursuant to sentence four of 42 U.S.C. § 405(g) (1995):

> The court shall have the power to enter, upon the pleadings and transcript of the record, a judgment affirming, modifying, or reversing the decision of the Commissioner of Social Security, with or without remanding the cause for a rehearing.

The Commissioner seeks remand for further development of the record and to issue a new decision. Although time has passed, Plaintiff has registered no objection to the requested remand. Under the circumstances, a sentence four remand is appropriate. Buckner v. Apfel, 213 F.3d 1006, 1010-11 (8th Cir. 2000).

Accordingly, it is hereby

ORDERED that Defendant's motion to remand (docket #21) is hereby granted. All other pending motions are hereby rendered moot. This is a "sentence four" remand. This dismissal is without prejudice to Plaintiff's subsequent filing for attorney's fees under the Equal

---

[1] Michael J. Astrue was sworn in as the Commissioner of Social Security on February 12, 2007. He is therefore substituted for Jo Anne B. Barnhart pursuant to Fed.R.Civ.P. 25(d)(1).

Access to Justice Act.

    DATED this 23rd day of May, 2007.

                                           /s/John F. Forster, Jr.
                                          UNITED STATES MAGISTRATE JUDGE

Case 4:06-cv-00622-JFF   Document 24   Filed 05/23/07   Page 3 of 3