**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**


EDDIE TROY                                                          Plaintiff

v.                                        4:06CV00622 JFF

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration,                                           Defendant

<u>**JUDGMENT**</u>


Pursuant to the Order filed in this matter this date, it is Considered, Ordered and Adjudged that Defendant's motion for remand is granted and this cause is remanded to the Commissioner for further action.  This is a sentence four remand within the meaning of 42 U.S.C. § 405(g) and <u>Melkonyan v. Sullivan</u>, 501 U.S. 89 (1991).

IT IS SO ORDERED this 23rd day of May, 2007.


                                        /s/ John F. Forster, Jr.
                                    UNITED STATES MAGISTRATE JUDGE